■ ARMAND W. DINOLFI, Respondent-Appellant, v BERKELEY ASSOCIATES Co. et al., Appellants-Respondents and Third-Party Plaintiffs-Appellants. GREATER NEW YORK MUTUAL INSURANCE COMPANY, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County (Carmen Beauchamp Ciparick, J.), entered on December 9, 1988, unanimously affirmed for the reasons stated by Carmen Beauchamp Ciparick, J., without costs and without disbursements. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ TRUSTEES OF HARRY M. KELLY GRANTOR TRUST No. 2, as Substitute for CARMEN D. KELLY, Respondent, v MODEL RAILROAD EQUIPMENT CORP. et al., Appellants.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on December 11, 1989, unanimously affirmed for the reasons stated by Burton Sherman, J. Respondent shall recover of appellants $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Milonas, Rosenberger, Asch and Kassal, JJ.